# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND, <br><br> Plaintiff, <br><br> vs. <br><br> TEC-TOBIAS BUILDERS, INC., a California corporation; DONATO RAYMUNDO TOBIAS, an individual dba TEC-TOBIAS BUILDERS, <br><br> Defendants, | Case No.: SACV 04-1452 JVS (ANx) <br><br> Assigned to the Honorable James V. Selna <br><br> **RENEWAL OF JUDGMENT BY CLERK** <br><br> [CAL. CODE CIV. PROC. §§ 683.110-683.220; FED. R. CIV. PROC. RULE 69] <br><br> [NO HEARING REQUIRED] |

Judgment was entered on August 4, 2006, in the amount of $232,539.86, plus post-judgment interest as provided by law, in favor of Plaintiff/Judgment Creditor, Trustees of the Southern California IBEW-NECA Pension Trust Fund, and against Defendants/Judgment Debtors, Tec-Tobias Builders, Inc., a California corporation and Donato Raymundo Tobias, an individual dba Tec-Tobias Builders. The judgment was previously renewed in favor of Plaintiff and against Defendants on June 28, 2016, in the amount of $350,030.46.

- 1 -

**RENEWAL OF JUDGMENT BY CLERK**

2054295

Abstracts of judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Riverside | 2017-0420462 | October 11, 2017 |
| San Bernardino | 2017-0418471 | October 10, 2017 |
| Los Angeles | 2017-1144724 | October 5, 2017 |
| Orange | 2017-000420857 | October 3, 2017 |
| Riverside | 2017-0420462 | October 11, 2017 |

**NOW**, upon application for renewal of judgment by Judgment Creditor, and upon declaration showing that Judgment Debtors have failed to satisfy the total amount of said judgment and is indebted to Judgment Creditor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment be renewed against Tec-Tobias Builders, Inc., a California corporation and Donato Raymundo Tobias, in the amount of $527,421.1, as follows:

a.    Judgment Renewed 07/01/2026          $350,030.46

b.    Costs after Judgment                         $      0.00

c.    Interest after judgment computed from 06/29/2026 through 06/03/2026 at 5.10%    $177,390.64

d.    Less Credits                                        $      0.00

e.    Total Renewed Judgment                   $527,421.10

Dated:  June 4, 2026  _____

_____
CLERK, UNITED STATES DISTRICT JUDGE

- 2 -

**RENEWAL OF JUDGMENT BY CLERK**

2054295